53 So.2d 400

### Coley SIMMONS v. STATE.
#### 4 Div. 650.

Supreme Court of Alabama.
May 10, 1951.

Rehearing Denied June 28, 1951.

E. C. Boswell, of Geneva, for petitioner.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Coley Simmons for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Simmons v. State, 53 So.2d 398.

Writ denied.

LIVINGSTON, C. J., and FOSTER and LAWSON, JJ., concur.